# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD DOUGLAS BULLARD,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 09-S-35-S** |
| ) | |
| **MR. GILES, WARDEN;** ) | |
| **ATTORNEY GENERAL FOR** ) | |
| **THE STATE OF ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on January 29, 2009 recommending that this case be transferred to the United States District Court for the Middle District of Alabama. The parties were allowed fifteen days in which to file objections. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, this action is due to be TRANSFERRED to the Middle District of Alabama. An appropriate order will be entered.

DONE this 23rd day of February, 2009.

                                                /s/ Lynwood Smith
                                                United States District Judge